In the Matter of the Accounting of JOAN PRICE, as Administratrix of the Estate of HOWARD PRICE, Deceased, Appellant. HARRY WEIL, Respondent.

In the Matter of the Accounting of JOAN PRICE, as Administratrix of the Estate of HOWARD PRICE, Deceased, Appellant. MAX WEIL, Respondent.

Submitted March 8, 1954; decided March 12, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 306. N. Y. 686.]